**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DOUGLAS COX, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> DEPARTMENT OF JUSTICE, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:17-cv-3329 <br> RRM-RLM |

**JOINT STATUS REPORT**

Pursuant to the Order dated August 11, 2017, the parties hereby submit this status report. Plaintiff brought this action under the Freedom of Information Act seeking production of certain documents. The parties disagree about whether certain elements of the request seek records subject to FOIA and currently expect to ultimately brief that issue at summary judgment. The parties have agreed that it would likely be most efficient to complete processing of the remainder of the request prior to litigating the status of such documents.

Defendants DOD, DOJ, FBI, ODNI expect to complete processing and produce responsive, non-exempt documents subject to FOIA on or before December 22, 2017. Defendant Department of State is still in the process of conducting its search; the first attempt to search electronically returned thousands of potentially responsive documents and the agency is working on ways to more carefully target the search or winnow the responsive documents. Accordingly, the State Department is not in a position to estimate total processing time at this time and proposes to file another status report on or before October 6, 2017. The parties propose to file another joint status report with the Court proposing next steps on or before January 12, 2018.

Separately, while the parties continue to confer, plaintiff has indicated that he will file a motion seeking judicial resolution of a contested preservation issue in the event the parties are unable to agree on a resolution.

Dated: September 8, 2017

*/s/ Douglas Cox*
Douglas Cox
City University of New York School of Law
2 Court Square
Long Island City, NY 11101
(718) 340-4241
douglas.cox@law.cuny.edu

*Plaintiff*

Respectfully Submitted,

CHAD READLER
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/Amy E. Powell*
AMY E. POWELL
Trial Attorney, Federal Programs Branch
Civil Division, Department of Justice
310 New Bern Avenue, Suite 800
Federal Building
Raleigh, NC 27601-1461
Phone: 919-856-4013
Email: amy.powell@usdoj.gov

*For Defendants*