**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DOUGLAS COX, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
| v. | ) |
| | )    Case No. 1:17-cv-3329 |
| | )    RRM-RLM |
| DEPARTMENT OF JUSTICE, et al., | ) |
| | ) |
|   Defendants. | ) |
| | ) |

**JOINT STATUS REPORT**

Pursuant to the Order dated September 11, 2017, the parties hereby submit this status report.

As previously reported, Plaintiff brought this action under the Freedom of Information Act seeking production of certain documents. The parties disagree about whether certain elements of the request seek records subject to FOIA and currently expect to ultimately brief that issue at summary judgment. The parties have agreed that it would likely be most efficient to complete processing of the remainder of the request prior to litigating the status of such documents.

In a Joint Status Report dated September 8, 2017, Defendants DOD, DOJ, FBI, ODNI reported that they expect to complete processing and produce responsive, non-exempt documents subject to FOIA on or before December 22, 2017, but that Defendant Department of State was still in the process of conducting its searches.

By Order dated September 11, 2017, the Court directed the State Department to file a report by October 6, 2017, estimating the total time for processing Plaintiff's FOIA request, and

directing all parties to file a joint status report and proposal schedule for further proceedings on or before January 12, 2018.

The Department of State reports that its review of voluminous documents potentially responsive to Plaintiff's FOIA request is ongoing. State is currently exploring options to increase its FOIA processing capabilities and will make best efforts to complete its processing of documents and produce responsive, non-exempt records subject to FOIA on or before December 22, 2017.

The Parties propose that they advise the court of the status of State's processing in the joint status report scheduled for January 12, 2018.

Dated: October 6, 2017                                    Respectfully Submitted,

*/s/ Douglas Cox*                                          CHAD READLER
Douglas Cox                                                Acting Assistant Attorney General
City University of New York School of Law
2 Court Square                                             ELIZABETH J. SHAPIRO
Long Island City, NY 11101                                 Deputy Director, Federal Programs Branch
(718) 340-4241
douglas.cox@law.cuny.edu                                   */s/Amy E. Powell*
                                                           AMY E. POWELL
*Plaintiff*                                                Trial Attorney, Federal Programs Branch
                                                           Civil Division, Department of Justice
                                                           310 New Bern Avenue, Suite 800
                                                           Federal Building
                                                           Raleigh, NC 27601-1461
                                                           Phone: 919-856-4013
                                                           Email: amy.powell@usdoj.gov

                                                           *For Defendants*