# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of March, two thousand twenty-three.

_____

Douglas Cox,

          Plaintiff - Appellant,

v.

Department of Justice, Federal Bureau of Investigation, Department of Defense, Office of the Director of National Intelligence, Department of State of the United States,

          Defendants - Appellees.

_____

**ORDER**

Docket No. 22-1202

Appellant moves for a temporary stay of this appeal pending the Supreme Court's decision on the petition for a writ of certiorari in *Behar v. DHS*, Supreme Court Docket No. 22-578.

IT IS HEREBY ORDERED that the motion is GRANTED. Appellant shall promptly notify the Court once the Supreme Court decides the petition.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 03/03/2023